UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| IN RE:  DWANDA LASHAY PACK, | { CHAPTER 13 |
| | { |
| DEBTOR | { |
| | { CASE NO. A25-58490-PWB |
| | { |
| | { JUDGE  BONAPFEL |

**OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE, herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor has failed to attend the 11 U.S.C. Section 341 meeting.

2. The 341 meeting was unable to be held because Debtor could not produce proof of picture identification/social security number.

3. The Debtor's payments under the proposed plan are not current.

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

1.

4.  The Debtor has not filed a plan as required by 11 U.S.C. Section 1321.

5.  The Debtor has not filed schedules as required by Bankruptcy Rule 1007.

6.  Debtor has not filed a statement of current monthly income and calculation of commitment period and disposable income as required by 11 U.S.C. § 1325(b)(3) and Fed. R. Bankr. P. 1007(b)(6).

7.  The Debtor has failed to file a Statement of Financial Affairs in violation of 11 U.S.C. § 521(a)(1), Fed. R. Bankr. P. 1007(b)(1), and BLR 1017-1.

8.  The Debtor has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i). Therefore, the Trustee requires that the Debtor provide the Trustee with a sworn statement by the Debtor, in addition to the tax return, which states that the tax return provided is a true copy of the most recent tax return filed.

9.  The Debtor has not filed copies of all payment advices or other evidence of payments received within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and Fed. R. Bankr. P. 1007(b)(1)(E).

10. All prior bankruptcy cases of the Debtor, or pending related bankruptcy cases, may not have been disclosed; thereby, indicating a lack of good faith in proposing the instant repayment plan, possibly in violation of 11 U.S.C. Section 1325(a)(3).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

        /s/
Deborah A. Reece, Attorney
for Chapter 13 Trustee
GA Bar No. 283016

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

3.

A25-58490-PWB

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

Dwanda Lashay Pack
1198 Andrews Drive
Lithia Springs, GA 30122

This 15 day of September, 2025

Respectfully submitted,

_____/s/_____
Deborah A. Reece, Attorney
for Chapter 13 Trustee
GA Bar No. 283016


K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

4.