

**IT IS ORDERED as set forth below:**

Date: September 15, 2025

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Dwanda LaShay Pack ) | |
| ) | |
| Debtor(s). ) | CASE NO. 25-58490-pwb |
| ) | CHAPTER 13 |
| ) | |
| Yamasa Co. LTD ) | Judge Paul W. Bonapfel |
| ) | |
| Movant. ) | CONTESTED MATTER |
| ) | |
| V. ) | |
| ) | |
| Dwanda LaShay Pack, Debtor(s), ) | |
| K. Edward Safir, Trustee ) | |
| ) | |
| Respondents. ) | |
| ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On August 19, 2025, Yamasa Co. LTD (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 17) (the "Motion"). The Motion concerns rented real property known as 1198 Andrews Dr, Lithia Springs, GA 30122 (the "Property"). A hearing on said

1

Motion was heard on September 3, 2025, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor or the Trustee. The Court further recalled this matter a second time and held a hearing, as unopposed.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on said judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350
Tel: (404) 692-4342
Email: mft@tottenfirm.com

No Opposition:

/s/Brandi L. Kirkland (w/ exp perm)
Brandi L. Kirkland
GA Bar #423627
Office of K. Edward Safir, Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

K. Edward Safir
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Dwanda LaShay Pack, pro se debtor
1198 Andrews Dr
Lithia Springs, GA 30122