**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

| In Re: | Debtor(s) **Dwanda LaShay Pack** | Case No.: **25−58490−pwb** Chapter: **13** |

# Order Dismissing Case For Failure Of Debtor To Correct Filing Deficiency

The above referenced case was filed on July 30, 2025. An Order was entered by the Court on July 31, 2025 directing the debtor to correct one or more filing deficiencies, and the debtor has failed to comply with the Order, and/or any subsequent order extending the time to cure filing deficiencies. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court by September 30, 2025.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), any Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an Employer Deduction Order.

**SO ORDERED,** on September 16, 2025.

Paul W. Bonapfel
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Dated: 9/16/25

Form 522

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 25-58490-pwb

Dwanda LaShay Pack  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9     User: bncadmin     Page 1 of 2

Date Rcvd: Sep 16, 2025     Form ID: 522     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dwanda LaShay Pack, 1198 Andrews Dr, Lithia Springs, GA 30122-2480 |
| cr | + | Yamasa Co. LTD, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350 UNITED STATES 30350-5434 |
| 25395753 | + | AJs Auto Inc, 1090 Industrial Park Dr, Marietta, GA 30062-2461 |
| 25395754 | + | Darwin Homes, 2000 E 6th St, Austin, Texas 78702-3458 |
| 25395755 | + | ResiHome, 3630 Peachtree Rd NE, #1500, Atlanta, GA 30326-1598 |
| 25395757 | | turo, 111 Sutter Street, Suite 600, San Francisco CA 94104-4512 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25395751 | + | EDI: CAPITALONE.COM | Sep 17 2025 00:14:00 | Capital One, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 25395752 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2025 20:36:27 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 25453780 | | EDI: JEFFERSONCAP.COM | Sep 17 2025 00:14:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 25403918 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2025 20:37:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25395756 | | EDI: NFCU.COM | Sep 17 2025 00:14:00 | Navy Federal Credit Union, Navy Federal P.O. Box 3000, Merrifield, VA 22119-3000 |
| 25395750 | + | Email/Text: bknotices@progressresidential.com | Sep 16 2025 20:34:00 | Progress Residential, 2658 Holcomb Bridge Rd, #118, Alpharetta, GA 30022-6822 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Sep 16, 2025 | Form ID: 522 | Total Noticed: 12 |

Date: Sep 18, 2025        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Yamasa Co. LTD mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Travis E. Menk | on behalf of Creditor ResiHome LLC travis.menk@brockandscott.com wbecf@brockandscott.com |

TOTAL: 3