

**IT IS ORDERED as set forth below:**

**Date: September 15, 2025**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Dwanda LaShay Pack ) | |
| ) | |
| ) | |
| Debtor(s). ) | CASE NO. 25-58490-pwb |
| ) | CHAPTER 13 |
| ) | |
| ) | Judge Paul W. Bonapfel |
| Yamasa Co. LTD ) | |
| ) | |
| Movant. ) | CONTESTED MATTER |
| ) | |
| V. ) | |
| ) | |
| ) | |
| Dwanda LaShay Pack, Debtor(s), ) | |
| K. Edward Safir, Trustee ) | |
| ) | |
| Respondents. ) | |
| ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On August 19, 2025, Yamasa Co. LTD (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 17) (the "Motion"). The Motion concerns rented real property known as 1198 Andrews Dr, Lithia Springs, GA 30122 (the "Property"). A hearing on said

1

Motion was heard on September 3, 2025, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor or the Trustee. The Court further recalled this matter a second time and held a hearing, as unopposed.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on said judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350
Tel: (404) 692-4342
Email: mft@tottenfirm.com

No Opposition:

/s/Brandi L. Kirkland (w/ exp perm)
Brandi L. Kirkland
GA Bar #423627
Office of K. Edward Safir, Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

K. Edward Safir
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Dwanda LaShay Pack, pro se debtor
1198 Andrews Dr
Lithia Springs, GA 30122

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-58490-pwb |
| Dwanda LaShay Pack | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 113E-9            User: bncadmin            Page 1 of 2

Date Rcvd: Sep 16, 2025            Form ID: pdf401            Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dwanda LaShay Pack, 1198 Andrews Dr, Lithia Springs, GA 30122-2480 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 16 2025 20:33:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Yamasa Co. LTD mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Travis E. Menk | on behalf of Creditor ResiHome LLC travis.menk@brockandscott.com wbecf@brockandscott.com |

District/off: 113E-9 User: bncadmin Page 2 of 2
Date Rcvd: Sep 16, 2025 Form ID: pdf401 Total Noticed: 2
TOTAL: 3